Kimberly L. SMITH *v.* STATE of Arkansas

CR 94-1300                                    888 S.W.2d 663

Supreme Court of Arkansas
Opinion delivered December 12, 1994

*P. J. Maddox-Cook*, for appellant.

No response.

PER CURIAM. Kimberly L. Smith was convicted of first degree murder and is currently serving a forty-year sentence in prison. Her attorney, P. J. Maddox-Cook, failed to give timely notice of appeal. The attorney has acknowledged that it was her responsibility to give a timely notice of appeal and the failure to do so was entirely her fault. Accordingly, we grant the motion for belated appeal and direct that a copy of this order be filed with the Committee on Professional Conduct. *See Young* v. *State*, 318 Ark. 235, 884 S.W.2d 591 (1994) & *In re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979).